# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01200-GPG

HENRY K. POKU

      Plaintiff,

v.

I.R.S,

      Defendant.

## ORDER OF DISMISSAL

On June 8, 2015, Plaintiff, Henry K. Poku, *pro se*, filed a Complaint against the I.R.S. (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the court determined that Mr. Poku's Complaint was deficient.

In an order entered on June 18, 2015, the Court directed Plaintiff to cure the designated deficiency if he wished to pursue his claims. (ECF No. 4). Specifically, the Court informed Plaintiff he needed to file a complete complaint, including the "Parties" section and the "Jurisdiction" section. (*Id.*) In addition, the Court directed Plaintiff to file an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. (*Id.*) The Court's Order informed Mr. Poku that the action would be dismissed without further notice if he failed to cure the deficiency and file an amended complaint that complied with Rule 8 of the Federal Rules of Civil

Procedure within thirty days. (*Id.*)  No further pleadings have been filed by Plaintiff to date.

Plaintiff has failed to cure the deficiency and file an amended complaint within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the designated deficiency and file an amended complaint.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and the action are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiency and file an amended complaint and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   23rd   day of    July            , 2015.

BY THE COURT:

   s/Lewis T. Babcock          
LEWIS T. BABCOCK, Senior Judge  
United States District Court